THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. BEDELL, Appellant, v. PETER D. SEERY, as Sheriff of the County of Kings, Defendant.— Inasmuch as the respondent states in his brief that the relator has now complied with the order of the court requiring him to pay alimony, and the question as to the illegality of his arrest in contempt proceedings for non-payment thereof is now academic, a reargument of this appeal is ordered, and the case set down for November 5, 1923, for argument, at which time counsel for both sides are requested to be present. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

KATHERINE McCUAIG ROBINSON, as Executrix, etc., of LUKE ROBINSON, Deceased, Respondent, v. EUGENE SARAZEN, Appellant.— Order directing defendant to appear for examination before trial modified by striking therefrom the subjects of examination before trial contained in paragraphs 3 and 4 of the order; and as thus modified affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

WILLIAM J. STEELE, Appellant, v. ROBERT A. CHESEBROUGH, Respondent.— Judgment and order reversed upon the law, and new trial granted, with costs to appellant to abide the event. We think the evidence at the close of plaintiff's case would justify a finding by the jury that Miss Kennedy, in charge of defendant's office, was authorized to employ plaintiff as broker. The purchaser procured by plaintiff, on going to defendant's office, was introduced to defendant by Miss Kennedy as a party sent by plaintiff, the broker, " for the purchase of the property." And the prospective purchaser testified that he had two interviews with defendant and reached an agreement for the purchase of the property, but that defendant subsequently changed his mind. We think it was error to dismiss the complaint. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

ARTHUR J. STERN, Appellant, v. MARY AMDUR, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

SYDNEY A. SYME, Respondent, v. JAMES J. BYRNE, Appellant, Impleaded with WILLIAM O. HOBBY, Defendant.— Order granting final order of interpleader affirmed, without costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

EDLA WIDLUND, Respondent, v. MAYER HARRIS, Appellant.— Judgment and order unanimously affirmed, with costs. The landlord, although not obligated to make repairs, voluntarily assumed to put a new flooring in the balcony, which was part of the demised premises. He created a dangerous place without notice to the tenant, and he is legally accountable for this negligent act. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.